AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| United States of America<br>v.<br>Luciano Maceda Cervantes<br><br>*Defendant(s)* | Case No.  2:22-mj- 1027-NPM |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **February 1, 2022** in the county of **Hendry** in the **Middle** District of **Florida**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1326(a) | Illegal Reentry after Deportation |

This criminal complaint is based on these facts:

See Attached Affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Deportation Officer Orlando Reyes, ICE
*Printed name and title*

Sworn to before me over the telephone and signed by me pursuant to Fed. R. Crim. P. 4.1 and 4(d)

Date: 02/23/2022

_____
*Judge's signature*

City and state: Fort Myers, Florida

NICHOLAS P. MIZELL, U.S. Magistrate Judge
*Printed name and title*

FILED 2022 FEB 23 AM 10:46 CLERK, US DISTRICT COURT MIDDLE DISTRICT OF FLORIDA FORT MYERS FLORIDA

## AFFIDAVIT

I, ORLANDO REYES, being duly sworn on oath depose and state the following:

1. I have been employed as a Deportation Officer for United States Immigration and Customs Enforcement (ICE) and have been so employed since March 2002. I currently hold the position of Deportation Officer, which I have held since September of 2015. My duties include the apprehension of aliens who are in the United States illegally and the enforcement of the immigration laws including offenses involving aliens who are believed to have reentered the United States, after deportation, without authorization from the Attorney General. This affidavit is based upon my personal knowledge and information, which has been provided to me by other law enforcement officers.

2. On January 24, 2022, the Hendry County Sheriff's Office (HCSO) in Arcadia, Florida arrested Luciano Cervantes later identified as **Luciano Maceda Cervantes (hereon MACEDA)** for the offense of Failure to Appear on an Operating a Vehicle Without a Valid Driving License charge. Hendry County is within the Middle District of Florida.

3. On February 1, 2022, while electronically conducting enforcement operations at Hendry County Jail Deportation Officer Yoan Nunez encountered **MACEDA**. An Immigration detainer was lodged with HCSO. On February 4, 2022, Deportation Officer (DO) Yoan Nunez interviewed **MACEDA**, and read

MACEDA his *Miranda* Warnings, MACEDA refused to give a sworn statement.

4. As per ICE procedure, MACEDA's fingerprints were rolled, scanned, and electronically submitted into the Federal Bureau of Investigations "Next Generation Identification" (NGI). MACEDA was also processed through the DHS "Automated Biometric Identification System" (IDENT), which resulted in his fingerprints matching a record of a previously deported alien under alien file A200 700 660.

5. A fingerprint comparison was conducted on February 16, 2022, by U.S. Immigration and Customs Enforcement, Homeland Security Investigations, Forensics Laboratory which compared MACEDA's set of fingerprints taken by DO Nunez while in custody on February 4, 2022, with the fingerprints contained on the executed Ordered Removed/Departure Verification (Form I-296) dated May 20, 2010, found in the alien file A200 700 660. The result of this comparison revealed that the individual encountered on February 1, 2022, in Hendry County, Florida was in fact the same person as **Luciano Maceda Cervantes**, who was deported from the United States under alien file number A200 700 660.

6. A search of the ICE computer databases revealed that alien number 200 700 660 is assigned to **Luciano Maceda Cervantes**, a citizen and native of Mexico born on May 11, 1988. I subsequently reviewed all documents contained in the alien file pertaining to A200 700 660. Contained in the file was

2

a Sworn Statement given by MACEDA on May 20, 2010 at Willcox, Arizona before U.S. Border Patrol Agent Stephen Powers where post *Miranda* Warnings, MACEDA stated that his complete and correct name was Luciano Maceda Cervantes, that he was born in Ometepec, Mexico, and that he was a citizen of Mexico. Also, a "Notice and Order of Expedited Removal" (Form I-860) issued in Willcox. Arizona, on May 20, 2010. This order was issued based upon a determination of inadmissibility under section 235(b)(1) of the Immigration and Nationality Act, as amended. Contained in the alien file was an executed "Notice to Alien Ordered Removed/Departure Verification (Form I-296), which revealed that **MACEDA** was deported from the United States to Mexico on May 20, 2010, at Douglas, Arizona. Also contained in the alien file is an executed Warrant of Removal/Deportation (Form I-205), which revealed that **MACEDA** was deported from the United States to Mexico on March 21, 2015.

7. MACEDA then reentered the United States on an unknown date, at an unknown location without being admitted or paroled after inspection by an immigration officer at a designated port of entry and without permission by the Department of Homeland Security.

8. MACEDA was on March 13, 2015, convicted in the United States District Court, Southern District of Florida, for the offense of Illegal reentry after deportation in violation of Title 8 U.S.C. section 1326(a). MACEDA was sentenced to Time Served and upon release from imprisonment to be on

3

supervised release for a term of One (1) year for a violation of Title 8 U.S.C. section 1326(a). Case number 15-80020-CR-MARRA-1.

9. A search of ICE databases has revealed that **MACEDA** had never received permission to reenter the United States from the United States Attorney General or the Secretary for Homeland Security, after his deportation on May 20, 2010.

10. Based on the above information, I have concluded that, to the best of my knowledge and belief, there is probable cause to believe that the Defendant, **Luciano Maceda Cervantes** is presently in the United States, in violation of 8 U.S.C. § 1326(a)(1).

Orlando Reyes, Deportation Officer
U.S. Department of Homeland Security
Immigration and Customs Enforcement

Sworn and subscribed to me this 23rd day of February 2022, in Fort Myers, Florida.

NICHOLAS P. MIZELL
United States Magistrate Judge

4